✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT     **District of**     NEW YORK

JAMES PRESSON, individuality et al.

             Plaintiff (s),

V.

ALAMO INTERMEDIATE II HOLDINGS, LLC

             Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   1:24-cv-00170-ER

Notice is hereby given that, subject to approval by the court,   Alamo Intermediate II Holdings, LLC   substitutes
(Party (s) Name)

Brian Middlebrook, Esqof Gordon Rees Scully Mansukhani LLP , State Bar No.   4380788   as counsel of record in
(Name of New Attorney)

place of     Jordyn Simon, Esq. of Amall Golden Gregory LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Gordon Rees Scully Mansukhani LLP

Address:     One Battery Park Plaza 28th Floor, New York, New York 10004

Telephone:     (860) 966-0161     Facsimile   (212) 269-5505

E-Mail (Optional)     BMiddlebrook@grsm.com

I consent to the above substitution.

Date: _____     _____
                                               (Signature of Party (s))

I consent to being substituted.

Date:     2/26/2024     _____
                                 (Signature    of Former Attorney (s))

I consent to the above substitution.

Date:     3/20/24     _____
                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# UNITED STATES DISTRICT COURT

| SOUTHERN DISTRICT | **District of** | NEW YORK |

| | |
|---|---|
| JAMES PRESSON, individuality et al. | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| ALAMO INTERMEDIATE II HOLDINGS, LLC | |
| Defendant (s), | **CASE NUMBER:**    1:24-cv-00170-ER |

Notice is hereby given that, subject to approval by the court,    Alamo Intermediate II Holdings, LLC    substitutes

(Party (s) Name)

Brian Middlebrook, Es. of Gordon Rees Scully Mansukhani LLP , State Bar No.    4380788    as counsel of record in

(Name of New Attorney)

place of    Jordyn Simon, Esq. of Amall Golden Gregory LLP    .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Gordon Rees Scully Mansukhani LLP

Address:    One Battery Park Plaza 28th Floor, New York, New York 10004

Telephone:    (860) 966-0161    Facsimile    (212) 269-5505

E-Mail (Optional):    BMiddlebrook@grsm.com

I consent to the above substitution.

Date:    Feb 27, 2024

Matthew Vonderahe

*Matthew Vonderahe*

(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    3/20/24

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**