AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT      **District of**      NEW YORK

JAMES PRESSON, individuality et al.

Plaintiff (s),

V.

ALAMO INTERMEDIATE II HOLDINGS, LLC

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:24-cv-00170-ER

Notice is hereby given that, subject to approval by the court, __Alamo Intermediate II Holdings, LLC__ substitutes
(Party (s) Name)

__Jared Mogil, Esq. of Gordon Rees Scully Mansukhani LLP__ , State Bar No. __5199492__ as counsel of record in
(Name of New Attorney)

place of __Jordyn Simon, Esq. of Amall Golden Gregory LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Gordon Rees Scully Mansukhani LLP

Address:      One Battery Park Plaza 28th Floor, New York, New York 10004

Telephone:      (332) 230-2158      Facsimile (212) 269-5505

E-Mail (Optional):      JMogil@grsm.com

I consent to the above substitution.

Date: _____

_____
(Signature of Party (s))

I consent to being substituted.

Date: __2/26/2024__

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __3/20/24__

/s/ Jared Mogil

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT     **District of**      NEW YORK

| | |
|---|---|
| JAMES PRESSON, individuality et al. <br><br> Plaintiff (s), <br> V. <br><br> ALAMO INTERMEDIATE II HOLDINGS, LLC <br><br> Defendant (s), | **CONSENT ORDER GRANTING** <br> **SUBSTITUTION OF ATTORNEY** <br><br><br> **CASE NUMBER:**   1:24-cv-00170-ER |

Notice is hereby given that, subject to approval by the court,   Alamo Intermediate II Holdings, LLC   substitutes

(Party (s) Name)

Brian Middlebrook, Es. of Gordon Rees Scully Mansukhani LLF , State Bar No.   4380788   as counsel of record in

(Name of New Attorney)

place of     Jordyn Simon, Esq. of Amall Golden Gregory LLP

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gordon Rees Scully Mansukhani LLP |
| Address: | One Battery Park Plaza 28th Floor, New York, New York 10004 |
| Telephone: | (860) 966-0161     Facsimile   (212) 269-5505 |
| E-Mail (Optional): | BMiddlebrook@grsm.com |

I consent to the above substitution.

Date:     Feb 27, 2024

Matthew Vonderahe

*Matthew Vonderahe*

(Signature of Party (s))

I consent to being substituted.

Date:     3/20/24

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**