AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT          District of          NEW YORK

JAMES PRESSON, individuality et al.

Plaintiff (s),

V.

ALAMO INTERMEDIATE II HOLDINGS, LLC

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    1:24-cv-00170-ER

Notice is hereby given that, subject to approval by the court,    Alamo Intermediate II Holdings, LLC    substitutes

(Party (s) Name)

Brian Middlebrook, Esq of Gordon Rees Scully Mansukhani LLP , State Bar No.   4380788          as counsel of record in

(Name of New Attorney)

place of    Jordyn Simon, Esq. of Amall Golden Gregory LLP                                          .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gordon Rees Scully Mansukhani LLP |
| Address: | One Battery Park Plaza 28th Floor, New York, New York 10004 |
| Telephone: | (860) 966-0161          Facsimile  (212) 269-5505 |
| E-Mail (Optional) | BMiddlebrook@grsm.com |

I consent to the above substitution.

Date:

_____

(Signature of Party (s))

I consent to being substituted.

Date:          2/26/2024

_____
(Signature   of Former Attorney (s))

I consent to the above substitution.

Date:          3/20/24

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT    **District of**    NEW YORK

JAMES PRESSON, individuality et al.
                              Plaintiff (s),

V.

ALAMO INTERMEDIATE II HOLDINGS, LLC
                              Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**    1:24-cv-00170-ER

Notice is hereby given that, subject to approval by the court,    Alamo Intermediate II Holdings, LLC    substitutes
                                                                                        (Party (s) Name)

Brian Middlebrook, Es. of Gordon Rees Scully Mansukhani LLP , State Bar No.    4380788    as counsel of record in
                        (Name of New Attorney)

place of    Jordyn Simon, Esq. of Amall Golden Gregory LLP                                              .
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Gordon Rees Scully Mansukhani LLP

Address:    One Battery Park Plaza 28th Floor, New York, New York 10004

Telephone:    (860) 966-0161                    Facsimile    (212) 269-5505

E-Mail (Optional):    BMiddlebrook@grsm.com

I consent to the above substitution.

Date:    Feb 27, 2024

Matthew Vonderahe

*Matthew Vonderahe*
                        (Signature of Party (s))

I consent to being substituted.

Date:

                        (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    3/20/24

                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    3/21/2024

                        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**