UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------   X

JAMES PRESSON, individually and on behalf of all others similarly   Case No. 24-cv-00170
situated,

                  Plaintiff,                        Hon. Edgardo Ramos

   -against-                                **NOTICE OF**
                                                 **MOTION**

ALAMO INTERMEDIATE II HOLDINGS, LLC,

                  Defendant.

--------------------------------------------------------------------------------   X

      **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, dated June 21, 2024, along with the Declaration of Brian Middlebrook dated June 21, 2024, as well as all exhibits and prior proceedings heretofore had herein, defendant ALAMO INTERMEDIATE II HOLDINGS, LLC will move this Court, at the Thurgood Marshall United State Courthouse located at 40 Foley Square, New York, New York 10007, Courtroom 619, at a date and time to be determined by the Court, for an Order:

1. Pursuant to the Federal Arbitration Act (9 U.S.C. §§ 1-14):

   a. Compelling arbitration of all claims brought by plaintiff James Presson in the above-referenced action;

   b. Staying this action pending the determination of plaintiff's arbitration;

2. Alternatively, if arbitration is not compelled, then dismissing plaintiff's complaint pursuant to Federal Rules of Civil Procedure §§ 12(b)(1) and 12(b)(6) with prejudice;

3. Awarding such further relief as this Court deem just and proper.

      **PLEASE TAKEN FURTHER NOTICE** that opposition papers, if any, shall be served by July 12, 2024 pursuant to the Court's May 30, 2024 Order.

Dated:  New York, New York
        June 21, 2024

                                        GORDON REES SCULLY
                                        MANSUKHANI, LLP

                                        _____
                                        Brian Middlebrook
                                        Jared Mogil
                                        Kevin Volkommer
                                        1 Battery Park Plaza, 28th Floor
                                        New York, New York 10004
                                        (212) 453-0708
                                        bmiddlebrook@grsm.com
                                        jmogil@grsm.com
                                        kvolkommer@grsm.com

                                        *Attorneys for Defendant*
                                        *Alamo Intermediate II Holdings, LLC*