AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN                   District of                   NEW YORK

JAMES PRESSON, indvidually et al.

Plaintiff (s),

V.

ALAMO INTERMEDIATE II HOLDINGS, LLC

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    1:24-CV-00170-ER

Notice is hereby given that, subject to approval by the court,    Alamo Intermediate II Holdings, LLC    substitutes
(Party (s) Name)

Jordyn L. Simon of Arnall Golden Gregory LLP    , State Bar No.    5491725    as counsel of record in
(Name of New Attorney)

place of    Brian Middlebrook, Jared Mogil and Kevin Volkommer of Gordon Rees Scully Mansukhani LLP    .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Arnall Golden Gregory LLP

Address:       171 17th Street NW, Suite 2100, Atlanta, GA 30363

Telephone:     (404) 873-8502        Facsimile  (404) 873-8503

E-Mail (Optional):  jordyn.simon@agg.com

I consent to the above substitution.

Date:    28/02/2025

(Signature of Party (s))

I consent to being substituted.

Date:    03/03/25

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    03/10/2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:      March 12, 2025

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**