**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES PRESSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>ALAMO INTERMEDIATE II HOLDINGS, LLC,<br><br>     Defendant. | Civil Action No. 1:24-cv-00170-ER<br><br>Hon. Edgardo Ramos |

**NOTICE OF UNOPPOSED MOTION FOR**
**<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law; and (2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement); Plaintiff James Presson, through his undersigned attorneys, will move this Court, before the Honorable Edgardo Ramos, United States District Court Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Philip L. Fraietta, Stefan Bogdanovich, and Eleanor R. Grasso of Bursor & Fisher, P.A. as Class Counsel; (iv) appointing James Presson as the Class Representative for the Settlement Class; and (v) granting such other, further, or different relief as the court deems just and proper.

* * *

  A Proposed Preliminary Approval Order is submitted herewith.

Dated: August 4, 2025                    Respectfully submitted,

                                            **BURSOR & FISHER, P.A**.

                                            By:  */s/ Philip L. Fraietta*
                                                        Philip L. Fraietta

                                            Philip L. Fraietta
                                            Eleanor R. Grasso
                                            1330 Avenue of the Americas, 32nd Floor
                                            New York, NY 10019
                                            Telephone: (646) 837-7150
                                            Facsimile: (212) 989-9163
                                            Email: pfraietta@bursor.com
                                                       egrasso@bursor.com

                                            Stefan Bogdanovich (*pro hac vice*)
                                            1990 North California Blvd., Suite 940
                                            Walnut Creek, CA 94596
                                            Telephone: (925) 300-4455
                                            Facsimile:  (925) 407-2700
                                            E-mail: sbogdanovich@bursor.com

                                            *Proposed Class Counsel*