UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PRESSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ALAMO INTERMEDIATE II HOLDINGS, LLC,<br><br>                Defendant. | Civil Action No. 1:24-cv-00170-ER<br><br>Hon. Edgardo Ramos |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 5, 2025, at 11:00 AM, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 40 Foley Square, New York, New York, Plaintiff James Presson ("Plaintiff"), by and through Class Counsel, will move and hereby does move for an order granting final approving the settlement in this action and entering final judgment in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Philip L. Fraietta, and the Declaration of Cameron R. Azari, with annexed exhibits.

Dated:  October 22, 2025

                                                            Respectfully submitted,

                                                By:    */s/ Philip L. Fraietta*
                                                             Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
50 Main Street, Suite 475
White Plains, NY 10106
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail:pfraietta@bursor.com

Eleanor R. Grasso
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7409
Facsimile: (212) 989-9163
E-mail: egrasso@bursor.com

Stefan Bogdanovich
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Class Counsel*